UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA STEINER, an Individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE UNITED STATES OF AMERICA;<br>UNITED STATES POSTAL SERVICE, an<br>Independent Agency of the United<br>States of America Federal<br>Government; ANITA CHRISTINA<br>TATUM, an Individual; and Does 1<br>through 100, Inclusive,<br><br>　　　　　Defendants. | Case No. 2:20-CV-01580 JAM-CKD<br><br><br><br><br><br>**RELATED CASE ORDER** |
| JOHN STEINER, an Individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE UNITED STATES OF AMERICA;<br>UNITED STATES POSTAL SERVICE, an<br>Independent Agency of the United<br>States of America Federal<br>Government; ANITA CHRISTINA<br>TATUM, an Individual; and Does 1<br>through 100, Inclusive,<br><br>　　　　　Defendants. | Case No. 2:20-CV-01581 WBS-KJN |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same

1

1 judge and magistrate judge is likely to affect a substantial
2 savings of judicial effort and is also likely to be convenient for
3 the parties.
4      The parties should be aware that relating the cases under
5 Local Rule 123 merely has the result that these actions are
6 assigned to the same judge and magistrate judge; no consolidation
7 of the actions is effected.  Under the regular practice of this
8 court, related cases are generally assigned to the judge and
9 magistrate judge to whom the first filed action was assigned.
10      IT IS THEREFORE ORDERED that the action denominated
11 2:20-CV-01581 WBS-KJN be reassigned to Judge John A. Mendez and
12 Magistrate Judge Carolyn K. Delaney for all further proceedings,
13 and any dates currently set in this reassigned case _only_ are hereby
14 VACATED.  Henceforth, the caption on documents filed in the
15 reassigned cases shall be shown as 2:20-CV-01581 JAM-CKD.
16      IT IS FURTHER ORDERED that the Clerk of the Court make
17 appropriate adjustment in the assignment of criminal cases to
18 compensate for this reassignment.
19      IT IS SO ORDERED.
20 Dated:  September 23, 2020

                                    /s/ John A. Mendez_____
                                    U. S. District Court Judge